**Order entered November 23, 2022**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-22-00801-CV

## IN RE TODD SAYLES, Relator

**Original Proceeding from the 162nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-20-17366**

## ORDER
Before Justices Myers, Nowell, and Goldstein

Before the Court are relator's (1) Motion for Rehearing and (2) Motion for Temporary Relief to Stay Underlying Proceedings. We **DENY** the motion for rehearing, and we **DENY** the stay motion as moot.

/s/     LANA MYERS
JUSTICE